**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-1138**

———————

THOMAS L. SWITZER,

                Plaintiff – Appellant,

      v.

JUDITH WEAVER,

                Defendant – Appellee,

      and

FELICIA HOUSDEN,

                Defendant.

———————

Appeal from the United States District Court for the Western District of Virginia, at Harrisonburg.  Michael F. Urbanski, District Judge.  (5:12-cv-00057-MFU-JGW)

———————

Submitted:  May 23, 2013          Decided:  May 28, 2013

———————

Before MOTZ[*] and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

[*] Judge Motz did not participate in the consideration of the this case.  The opinion is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d) (2006).

Thomas L. Switzer, Appellant Pro Se. Ruth Griggs, SANDS ANDERSON, PC, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas L. Switzer appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. <u>Switzer v. Weaver</u>, No. 5:12-cv-00057-MFU-JGW (W.D. Va. Jan. 30, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>